NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MITCHELL HOUSTON JAMES, JR.,  )
                              )
        Appellant,            )
                              )
v.                            )        Case No. 2D18-354
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

PER CURIAM.

        Affirmed.  See James v. State, 241 So. 3d 799 (Fla. 2d DCA 2018) (table

decision); James v. State, 175 So. 3d 295 (Fla. 2d DCA 2015) (table decision).

CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.